

600 Third Avenue, 22nd Floor | New York, NY 10016-1915 | **bsk.com**

**MICHAEL P. COLLINS**
mcollins@bsk.com
P: 646.253.2318
F: 646.253.2368

August 4, 2020

**FILED ELECTRONICALLY**

Hon. Philip M. Halpern, U.S.D. J.
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      RE: *Avalon Packer v. Bard College, Leon Botstein, Michele Dominy*
            Case No.: 20-CV-3878 (PMH)

We are counsel for the defendants in this action.

We write to request an adjournment of the pre-motion conference scheduled for August 11, 2020 at 1:00 p.m. My partner Rob Manfredo and I are both on vacation that week and neither of us will be in a position on August 11 to participate in the conference. Our adversary has consented to an adjournment to the following week on any of three dates - August 18, 19 or 21st. We respectfully request an adjournment of the August 11 pre-motion conference to one of those dates, if possible.

Thank you for your consideration of this request.

Respectfully,

BOND, SCHOENECK & KING, PLLC

Michael P. Collins

MPC/RFM

cc: Counsel of record (via ECF)

---

Application granted. The August 11, 2020 pre-motion conference is adjourned until August 18, 2020 at 11:00 a.m. At the time of the scheduled conference all parties shall call (888) 398-2342; access code: 3456831. The Clerk is instructed to terminate ECF No. 28.

SO ORDERED.

_____
Philip M. Halpern, U.S.D.J.

Dated: New York, NY
       August 5, 2020

174949.1 8/4/2020

Attorneys At Law | A Professional Limited Liability Company