UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AVALON PACKER,

                              Plaintiff,          **STIPULATION &**
                                                  **ORDER OF DISMISSAL**

        v.

BARD COLLEGE, LEON BOTSTEIN and          Civil Action No.: 7:20-cv-03878 (PMH)
MICHELE DOMINY,

                              Defendants.

---

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-entitled action, and their respective undersigned counsel, that whereas no party hereto is an infant or incompetent person for whom a guardian or committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is, dismissed with prejudice and without costs to either party as against the other.

KAUFMAN LIEB LEBOWITZ & FRICK LLP

By: _____
        Alison Frick, Esq.
        David Lebowitz, Esq.
        *Attorneys for Plaintiff*
        10 East 40th Street, Suite 3307
        New York, New York 10016
        africk@kllflaw.com
        dlebowitz@kllflaw.com

BOND, SCHOENECK & KING, PLLC

By: _____
        Robert F. Manfredo, Esq.
        *Attorneys for Defendants*
        22 Corporate Woods, Suite 501
        Albany, New York 12211
        rmanfredo@bsk.com

11785023.7 1/12/2021

Dated:  January 19, 2021                    SO ORDERED,

 

_____

Hon. Philip M. Halpern
U.S. District Court Judge

11785023.7 1/12/2021