UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AVALON PACKER,

                Plaintiff,           **STIPULATION &**
                                       **ORDER OF DISMISSAL**

         v.

BARD COLLEGE, LEON BOTSTEIN and    Civil Action No.: 7:20-cv-03878 (PMH)
MICHELE DOMINY,

              Defendants.

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-entitled action, and their respective undersigned counsel, that whereas no party hereto is an infant or incompetent person for whom a guardian or committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is, dismissed with prejudice and without costs to either party as against the other.

KAUFMAN LIEB LEBOWITZ & FRICK LLP

By: _____
      Alison Frick, Esq.
      David Lebowitz, Esq.
      *Attorneys for Plaintiff*
      10 East 40th Street, Suite 3307
      New York, New York 10016
      africk@kllflaw.com
      dlebowitz@kllflaw.com

BOND, SCHOENECK & KING, PLLC

By: _____
      Robert F. Manfredo, Esq.
      *Attorneys for Defendants*
      22 Corporate Woods, Suite 501
      Albany, New York 12211
      rmanfredo@bsk.com

11785023.7 1/12/2021

Case 7:20-cv-03878-PMH   Document 48   Filed 01/19/21   Page 2 of 2

Dated:  January 19, 2021

SO ORDERED,

Hon. Philip M. Halpern
U.S. District Court Judge